PER CURIAM.
For the reasons set forth in Dyck-O’Neal, Inc. v. McKenna, No. 4D15-3571, 198 So.3d 1038, 2016 WL 4262111 (Fla. 4th DCA August 12, 2016), we similarly reverse the final order of dismissal in the instant case and remand with instructions to reinstate the complaint. See Cheng v. Dyck-O’Neal, Inc., — So.3d-, 41 Fla. L. Weekly D1076 (Fla. 4th DCA May 4, 2016). Additionally, like in McKenna, we certify conflict with Higgins v. Dyck-O’Neal, Inc., — So.3d -, 41 Fla. L. Weekly D1376, 2016 WL 3191146 (Fla. 1st DCA June 9, 2016).

Reversed and remanded ivith instructions; conflict certified.

CIKLIN, C.J., LEVINE and FORST, JJ., concur.